UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CIV-21693-COOKE/DAMIAN

**E & C COPIERS EXPORT IMPORT CORP.**,

   Plaintiff,

vs.

**ARIZAS FOTOCOPIADORAS S.A.S.**, *et al.*,

   Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on the May 16, 2022 Report and Recommendation of the Honorable Melissa Damian, U.S. Magistrate Judge [ECF No. 79], regarding the November 24, 2021 Motion for Protective Order as to Post-Judgment Collection Efforts [ECF No. 75] filed by the Individual Defendants, Alexander Mondragon Gutierrez and Nubia Ariza Castiblanco. In her Report, Judge Damian recommends that the Motion be denied without prejudice. (*See* Report 7). The Report advised the parties they had 14 days to file objections (*see id.*); to date, no objections have been filed.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, as here, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the

Case No. 15-CIV-21693-COOKE/Damian

Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (alteration added)).

The Court has reviewed the Motion, the related briefing, Judge Damian's Report, and relevant legal authorities. There is no clear error on the face of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Judge Damian's Report **[ECF No. 79]** is **AFFIRMED and ADOPTED**. The Motion for Protective Order **[ECF No. 75]** is **DENIED**.

**DONE and ORDERED** in Miami, Florida, this 13th day of July 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Melissa Damian, U.S. Magistrate Judge
counsel of record